**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7600**

---

VIRGIL FRANKLIN RYDER,

Plaintiff - Appellant,

versus

EDWARD REILLY, Chairman, U. S. Parole Commission,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-97-735-3)

---

Submitted: May 28, 1998        Decided: June 9, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Virgil Franklin Ryder, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Virgil Franklin Ryder appeals the district court's order dismissing without prejudice his third 28 U.S.C. § 2241 (1994) petition.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Ryder's motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Ryder v. Reilly, No. CA-97-735-3 (E.D. Va., Oct. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that mandamus relief is not appropriate where, as here, there are no extraordinary circumstances and there are other means of seeking the requested relief. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Thus, the district court did not err in construing Ryder's action as a habeas corpus petition rather than a petition for writ of mandamus.